No. 78–5456.  Mireles v. United States.  C. A. 10th Cir. Certiorari denied.

No. 78–5466.  Wright v. United States.  C. A. 4th Cir. Certiorari denied.

No. 78–5469.  Stewart et al. v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 78–5472.  Barbarin v. All U. S. Judges of the Eastern District of Louisiana.  C. A. 5th Cir.  Certiorari denied.

No. 78–5478.  Winters v. United States.  C. A. 7th Cir. Certiorari denied.

No. 78–5487.  Sierra-Hernandez v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 78–5496.  Williams v. United States.  C. A. 5th Cir. Certiorari denied.

No. 78–5511.  Campbell v. United States.  C. A. 8th Cir. Certiorari denied.